

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2014

No. 04-14-00299-CV

**IN THE INT OF JJB**, a child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02385
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." Tex. R. Jud. Adm. 6.2(a). This accelerated appeal has been pending since the notice of appeal was filed in the trial court on April 28, 2014. The court reporter's record was due May 9, 2014. Ms. Maria Fattahi is the court reporter responsible for preparing, certifying, and filing the record in this appeal. On May 15, 2014, Ms. Fattahi filed a notification of late record stating she was not notified of the appeal and appellant has not designated the record.

Appellant is represented on appeal by retained counsel Mr. Shawn Darrick Sheffield. If Mr. Sheffield desires a reporter's record, he is hereby ORDERED to (1) request in writing, **no later than May 20, 2014**, that a reporter's record be prepared and (2) designate in writing, **no later than May 20, 2014**, the exhibits and those portions of the record to be included in the reporter's record. *Id.* Mr. Sheffield is also ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court **no later than May 20, 2014**. Finally, Mr. Sheffield is ORDERED to pay or make arrangements to pay for the reporter's record or provide written proof that appellant is entitled to the reporter's record without cost **no later than May 20, 2014**.

If Mr. Sheffield fails to provide such written proof within the time provided, appellant's brief will be due June 9, 2014, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

If Mr. Sheffield provides such written proof within the time provided, Ms. Fattahi is ORDERED to file the reporter's record no later than May 27, 2014.

We further ORDER the Clerk of this Court to serve a copy of this order on Mr. Sheffield by first class United States mail and by certified mail, return receipt requested. *See* TEX. R. APP. P. 28.4(b)(1); 35.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2014.

Keith E. Hottle
Clerk of Court